

GOVERNMENT
EXHIBIT

PENGAD-Bayonne, N. J.