
GOVERNMENT EXHIBIT

5

PENGAD-Bayonne, N. J.