IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA



FILED

DEC 1 3 2023

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:23-cr-134 |
| | ) | |
| v. | ) | SUPERSEDING INDICTMENT |
| | ) | |
| KENNETH LEROY QUINN, | ) | T. 18 U.S.C. § 924(c)(1)(A)(i) |
| also known as, "Coach K", | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 21 U.S.C. § 841(a)(1) |
| Defendant. | ) | T. 21 U.S.C. § 841(b)(1)B |
| | ) | T. 21 U.S.C. § 841(b)(1)(C) |
| | ) | T. 21 U.S.C. § 841(b)(1)(D) |
| | ) | T. 21 U.S.C. § 853 |
| | ) | T. 28 U.S.C. § 2461(c) |
| | ) | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Distribution of a Controlled Substance
Resulting in Death or Serious Injury)**

On or about April 29, 2023, in the Southern District of Iowa, the defendant,

KENNETH LEROY QUINN, also known as, "Coach K," knowingly and intentionally

distributed a controlled substance, namely: a mixture and substance containing a

detectable amount of fentanyl, a Schedule II controlled substance, and death and

serious bodily injury resulted from the use of said substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and

841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Distribution of a Controlled Substance)**

On or about August 24, 2023, in the Southern District of Iowa, the defendant, KENNETH LEROY QUINN, also known as, "Coach K," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Distribution of a Controlled Substance)**

On or about September 21, 2023, in the Southern District of Iowa, the defendant, KENNETH LEROY QUINN, also known as, "Coach K," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

**(Possession with Intent to Distribute a Controlled Substance)**

On or about November 16, 2023, in the Southern District of Iowa, the defendant, KENNETH LEROY QUINN, also known as, "Coach K," knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5

**(Possession with Intent to Distribute a Controlled Substance)**

On or about November 16, 2023, in the Southern District of Iowa, the defendant, KENNETH LEROY QUINN, also known as, "Coach K," knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 5 or more grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6

**(Possession of Firearms in Furtherance of a Drug Trafficking Crime)**

On or about November 16, 2023, in the Southern District of Iowa, the defendant, KENNETH LEROY QUINN, also known as, "Coach K," knowingly possessed a firearm, namely, one or more of the following:

1. a loaded, Anderson AR Rifle, with serial number 19175504;

2. a loaded, Sig Sauer P238 .380 caliber pistol, with serial number 27A164985;

3. a loaded, Springfield XDM 9mm pistol, with serial number MG789137; and

4. a loaded, H&K USP .40 caliber pistol, with serial number 22-096282,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is Possession with Intent to Distribute a Controlled Substance, as charged in Counts 4 and 5 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

That upon conviction of the offense set forth in Count 1, 2, 3, 4, and/or 5 of this Indictment, the defendant, KENNETH LEROY QUINN, also known as, "Coach K," shall forfeit, to the United States, the following:

A. **<u>Proceeds.</u>** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **<u>Facilitation.</u>** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: a loaded, Anderson AR Rifle, with serial number 19175504; a loaded, Sig Sauer P238 .380 caliber pistol, with serial number 27A164985; a loaded, Springfield XDM 9mm pistol, with serial number MG789137; a loaded, H&K USP .40 caliber pistol, with serial number 22-096282; and approximately $1,187 in U.S. currency.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

**THE GRAND JURY FURTHER FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offense alleged in Count 6 of this Indictment, the defendant, KENNETH LEROY QUINN, also known as, "Coach K," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearms and ammunition identified in Count 6 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: *Mallory Weiser*

Mallory E. Weiser
Assistant United States Attorney